JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G.[1], <br>         Plaintiff, <br>   v. <br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br>         Defendant. | Case No. 5:19-CV-02188-PD <br><br> **JUDGMENT** |

It is the judgment of this Court that the decision of the Commissioner of the Social Security Administration is vacated, and the matter is remanded to the Social Security Administration for further proceedings consistent with the Court's Order.

DATED: February 18, 2021

*Patricia Donahue*
———————————————
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.