# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| MARIA TERESA GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No.  5:19-cv-02188-PD<br><br>**ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: April 13, 2021

_Patricia Donahue_

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE